**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

JUN 26 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WAMEEDH AL AZZAWI, | No.    16-16114 |
| Plaintiff-Appellant, | D.C. No. 2:15-cv-01468-GEB-AC |
| v. | |
| KELLOGG BROWN & ROOT SERVICES, INC., | MEMORANDUM* |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Garland E. Burrell, Jr., District Judge, Presiding

Submitted May 24, 2017**

Before:      THOMAS, Chief Judge, and SILVERMAN and RAWLINSON, Circuit Judges.

Wameedh Al Azzawi appeals pro se from the district court's judgment

dismissing his action for lack of standing.  We have jurisdiction under 28 U.S.C.

§1291.  We review de novo, *Braunstein v. Ariz. Dep't of Transp.*, 683 F.3d 1177,

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

1184 (9th Cir. 2012), and we affirm.

The district court properly dismissed Al Azzawi's action because Al Azzawi failed to satisfy the requirements for constitutional standing or third party standing. *See id*. at 1184-85 (setting forth constitutional standing requirements); *Coalition of Clergy, Lawyers, & Professors v. Bush*, 310 F.3d 1153, 1163 (9th Cir. 2002) (setting forth third-party standing requirements).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Al Azzawi's motions for sanctions (Docket Entry Nos. 22 and 24) are denied.

**AFFIRMED.**